# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES--GENERAL

Case No.  **CV 20-11156-CJC (JPR)**                    Date: **June 7, 2021**

Title: **Terri Mizutani v. Andrew Saul**

======================================================

**DOCKET ENTRY: Order to Show Cause**

======================================================

PRESENT:

#### HON. **JEAN P. ROSENBLUTH**, U.S. MAGISTRATE JUDGE

| Bea Martinez | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:          ATTORNEYS PRESENT FOR DEFENDANT:

None present                              None present

**PROCEEDINGS: (IN CHAMBERS)**

On December 9, 2020, Plaintiff filed the Complaint in this Social Security action. On January 4, 2021, the Court issued a case-management order, requiring Plaintiff to properly and timely serve the summons and Complaint on the Commissioner and file proof of service.  Plaintiff filed a proof of service on January 15.

The time for Defendant to answer the Complaint has now passed, and he has not challenged service in any way or otherwise responded to the Complaint.  See Fed. R. Civ. P. 12(a)(2), (b).  Any such objection may therefore be waived.  See Fed. R. Civ. P. 12(h).  But nor has Plaintiff moved for entry of default.  See Fed. R. Civ. P. 55(a).

Accordingly, Plaintiff must move for entry of default within 10 days of the date of this order or show cause in writing why this action should not be dismissed for failure to prosecute.  If she does neither, the action will likely be dismissed.  Within 30 days of any entry of default, Plaintiff must move for default judgment or, again, this action will likely be dismissed for failure to prosecute.

cc: Judge Carney

MINUTES FORM 11                          Initials of Deputy Clerk: bm

CIVIL-GEN